THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. MARY NICCHIA, Appellant.

*People* v. *Nicchia*, 182 App. Div. 897, affirmed.
(Argued October 9, 1918; decided October 29, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which affirmed a judgment of the Kings County Court affirming a judgment of the Magistrate's Court of the City of New York, eighth district, borough of Brooklyn, convicting defendant of harboring dogs without license in violation of chapter 115 of the Laws of 1894, as amended by Laws of 1895, chapter 412, and Laws of 1902, chapter 495. Defendant contended that the statutes were unconstitutional in that they gave to a private corporation the power to issue licenses and to collect a tax.

*Joseph Nicchia* for appellant.

*Harry E. Lewis, District Attorney* (*William N. Dykman, Harry G. Anderson* and *J. Mayhew Wainwright* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and CRANE, JJ. Not voting: ANDREWS, J.

---

GABRIEL A. BOBRICK, Respondent, v. THE SECOND NATIONAL BANK OF HOBOKEN, Appellant.

*Bobrick* v. *Second Nat. Bank of Hoboken*, 175 App. Div. 550, affirmed.
(Argued October 9, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the amount of three checks drawn by the defendant bank, at the request of one of its depositors, on the

National Park Bank of New York in favor of plaintiff. The checks were delivered to the plaintiff, but when presented at the New York bank payment was refused. The defense pleaded is that the checks were given by defendant to plaintiff without consideration at the request of a depositor in the defendant's bank; that under instructions of said depositor, after the checks were given, their payment was stopped.

*James A. Davis* for appellant.

*Barclay E. V. McCarty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

TOWN OF NORTH HEMPSTEAD, Respondent, *v.* LOUISE H. LEEDS, Appellant.

*Town of North Hempstead* v. *Leeds*, 180 App. Div. 905, affirmed.
(Argued October 9, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was in ejectment to recover certain lands under water in the town of North Hempstead known as the Plandome mill pond. The plaintiff claimed that the pond was a part of Manhasset bay and that it had title under the Kieft patent of 1644 and the Dongan patent of 1685. The defendant claimed under an alleged record title from the town. The Appellate Division modified the judgment for plaintiff so as to provide that " The defendant has a prescriptive right to use the dam and its appliances for the purposes of the mill to the degree that it has been operated and to flood the lands described in the complaint and draw the water therefrom for such purposes, to which rights the plaintiff's possession of said lands is subject."